PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00091-SKO |
| Plaintiff, | STIPULATION TO VACATE STATUS HEARING; ORDER |
| v. | |
| NOEMI RAMIREZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 24, 2017. This status hearing was calendared to monitor the status of the petition filed in the Southern District of New York and the status of the transfer of jurisdiction.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The petition alleging a violation of supervised release filed in the Southern District of New York was ordered dismissed on June 22, 2017. A copy of that order is attached.

   b) Defendant's supervision was ordered transferred to the Eastern District of California on June 22, 2017. A copy of that order is attached.

   c) The parties contacted USPO John Green via email and he advised that a hearing

1

on the matter was not necessary.

        d)    The parties agree that no further hearing on this matter is needed at this time in light of the dismissal and transfer of jurisdiction and stipulate that the hearing be vacated.

IT IS SO STIPULATED.

Dated: July 20, 2017

        PHILLIP A. TALBERT
        United States Attorney

        /s/ LAUREL J. MONTOYA
        LAUREL J. MONTOYA
        Assistant United States Attorney

Dated: July 20, 2017

        /s/ REED GRANTHAM
        REED GRANTHAM
        Counsel for Defendant
        NOEMI RAMIREZ

**ORDER**

IT IS SO ORDERED that the hearing scheduled for July 24, 2017 at 2:00 p.m. is hereby vacated. All previous orders shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 21, 2017**

        UNITED STATES MAGISTRATE JUDGE